Mary T. McKINLEY, Appellee, v. CARNE-GIE–ILLINOIS STEEL CORPORA-TION, Appellant.

No. 9195.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 21, 1946.

Decided Nov. 1, 1946.

Ira R. Hill, of Pittsburgh, Pa. (Reed, Smith, Shaw & McClay, of Pittsburgh, Pa., on the brief), for appellant.

Hyman Schlesinger, of Pittsburgh, Pa., for appellee.

Before BIGGS, ALBERT LEE STE-PHENS, and KALODNER, Circuit Judges.

PER CURIAM.

An examination of the appendices and consideration of the briefs and the oral argument in this case convince us that the court below committed no error. Accordingly the judgment, 66 F.Supp. 703, is affirmed.

Gordon M. MATHER, Petitioner, v. COM-MISSIONER OF INTERNAL REVE-NUE, Respondent.

No. 10243.

Circuit Court of Appeals, Sixth Circuit.

Oct. 17, 1946.

Donald F. Melhorn and George F. Med-ill, both of Toledo, Ohio, for petitioner.

Douglas W. McGregor, of Washington, D. C., for respondent.

Before HICKS, ALLEN, and MILLER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel.

On consideration whereof, it is ordered that the decision of the Tax Court of the United States be, and it hereby is affirmed upon the grounds and for the reasons stated in its opinion promulgated October 30, 1945. 5 T.C. 1001.